UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES N. BELSSNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA,<br><br>　　　　　Defendant. | Case No. 2:15-cv-00672-APG-PAL<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 22) |

Defendant State of Nevada filed a motion to dismiss. ECF No. 22. Plaintiff Charles Belssner did not respond. I therefore grant the motion as unopposed. LR 7-2(d).

IT IS THEREFORE ORDERED that defendant State of Nevada's motion to dismiss **(ECF No. 22) is GRANTED**.

IT IS FURTHER ORDERED that plaintiff Charles N. Belssner's complaint **(ECF No. 15) is DISMISSED without prejudice**.

DATED this 1st day of December, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE