UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES N. BELSSNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA,<br><br>　　　　　Defendant. | Case No. 2:15-cv-00672-APG-PAL<br><br>**ORDER** |

　　　　Defendant State of Nevada filed a motion to dismiss. ECF No. 22.  Plaintiff Charles Belssner did not timely respond, so I granted the motion as unopposed. LR 7-2(d).  However, just two hours before my order was docketed, Belssner's opposition was docketed.  I did not see it when making my prior ruling.

　　　　In his opposition, Belssner states that he never received the defendant's motion to dismiss. ECF No. 24.  He does not substantively respond to the defendant's arguments but according to his response, he saw the defendant's motion for the first time the same day he filed his response. *Id.* at 2.  The certificate of service attached to the defendant's motion does not indicate that Belssner was served. ECF No. 22 at 18.  I therefore will vacate my prior order and grant Belssner until December 23rd to substantively respond to the defendant's motion to dismiss.

　　　　IT IS THEREFORE ORDERED that my order granting the defendant's motion to dismiss as unopposed **(ECF No. 25) is VACATED**.

　　　　IT IS FURTHER ORDERED that plaintiff Charles N. Belssner has until December 23, 2016 to respond to defendant State of Nevada's motion to dismiss.

　　　　DATED this 5th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE